**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSE DELATORRE,

Plaintiff

v.

BRIAN WILLIAMS, et al.,

Defendants

Case No.: 3:25-cv-00580-MMD-CSD

**Order**

Re: ECF No. 18

On October 21, 2026, the Attorney General filed a notice of acceptance of service of five defendants named in this case. (ECF No. 16.) It declined to accept service for three others, including "Nicholas Martin." (*Id.*) There is no defendant in this action named Nicholas Martin, although there is a "J. Martin." (*See* ECF No. 5; ECF No. 6 at 2.) Plaintiff has filed a notice advising the court and the parties that he has sued "Jaysen Martin," not "Nicholas Martin," and the notice of acceptance of service does not state whether the A.G. accepts service of process for Jaysen Martin. (ECF No. 18.)

Within ten days of the date of this order, Defendants shall file a notice advising whether the A.G. accepts service for "J. Martin," whom Plaintiff now identifies as "Jaysen Martin." If "Nicholas Martin" is the same person as "J. Martin," Defendants shall explain as much in their notice.

**IT IS SO ORDERED**.

Dated: October 27, 2026

Craig S. Denney
United States Magistrate Judge